[No. 31241-7-II.  Division Two.  June 14, 2005.]

WALDON M. GROVES, *Appellant*, v. THELBERT APPLEN, JR.,
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 97-2-05417-0, Roger A. Bennett, J., entered December 10, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Van Deren, JJ.

[No. 31417-7-II.  Division Two.  June 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ROBERT
BULPIN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-05060-3, Bruce W. Cohoe, J., entered February 24, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 31937-3-II.  Division Two.  June 14, 2005.]

DORA COBLENTZ, *Individually and as Personal
Representative, Respondent*, v. JOHN A.
ROREM ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-10398-4, Stephanie A. Arend, J., entered July 9, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 32093-2-II.  Division Two.  June 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT H. SMITH,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01160-8, Stephanie A. Arend, J., entered August 4, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.